**SHOOK, HARDY & BACON L.L.P.**
Tammy B. Webb (SBN: 227593)
tbwebb@shb.com
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone:    415-544-1900
Facsimile:    415-391-0281

**SHOOK, HARDY & BACON L.L.P.**
William C. Martucci*
wmartucci@shb.com
Carrie A. McAtee*
cmcatee@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547

*admitted *pro hac vice*

Attorneys for Defendants
Leggett & Platt, Incorporated
and L&P Financial Services Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR MORALES, SALVADOR MAGAÑA, and MATTHEW BAGU, on behalf of themselves, the State of California, and all other similarly situated individuals,<br><br>       Plaintiffs,<br><br>   vs.<br><br>LEGGETT & PLATT INCORPORATED, a Missouri Corporation, L&P FINANCIAL SERVICES CO., a Delaware Corporation, and DOES 1through 20, inclusive,<br><br>       Defendants. | Case No. 2:15-cv-01911-JAM-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR LEGGETT & PLATT, INC. TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS |

Pursuant to Civil Local Rule 144, Plaintiffs Edgar Morales, Salvador Magña and Matthew Bagu ("Plaintiffs") and Defendant Leggett & Platt, Inc. ("Defendant")

1  (collectively referred to as the "Parties") through their respective counsel hereby
2  stipulate as follows:
3     WHEREAS, on December 29, 2015 Plaintiffs served the following discovery
4  on Defendant via U.S mail:
5     1.  Plaintiffs' Interrogatories, Set No. One, to Defendant Leggett & Platt,
6         Inc.; and
7     2.  Plaintiffs' Request for Production of Documents, Set No. One, to
8         Defendant Leggett & Platt Incorporated.
9     WHEREAS, the original deadline for Defendant to serve Responses to
10 Plaintiffs' discovery requests was February 1, 2016.
11    WHEREAS, pursuant to the request of Defendant's counsel, the parties
12 previously stipulated to extend this deadline by twenty-eight (28) days, such that the
13 present deadline for Defendant to serve Responses to Plaintiffs' discovery requests is
14 February 29, 2016.
15    WHEREAS, due to the nature of Plaintiffs' discovery requests, Defendant
16 requires additional time to complete and serve Responses to Plaintiffs' discovery
17 requests.
18    IT IS HEREBY STIPULATED by and between the Parties through their
19 respective attorneys of record that the deadline for Defendant to serve responses to
20 Plaintiffs' Interrogatories and Requests for production of documents shall be extended
21 by twenty-one (21) days from February 29, 2016 to March 21, 2016.  The Parties
22 respectfully submit this Stipulation and Proposed Order for the Court's approval.
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated:  February 26, 2016 | SHOOK HARDY & BACON L.L.P. |
| 2 | | |
| 3 | | By: /s/ Carrie A. McAtee |
| 4 | | William C. Martucci* |
| | | Carrie A. McAtee* |
| 5 | | 2555 Grand Blvd. |
| | | Kansas City, Missouri 64108 |
| 6 | | Telephone:  816-474-6550 |
| | | Facsimile:  816-421-5547 |
| 7 | | Email:  wmartucci@shb.com |
| | | cmcatee@shb.com |
| 8 | | *admitted *pro hac vice* |
| 9 | | Tammy B. Webb (SBN:  227593) |
| | | One Montgomery, Suite 2700 |
| 10 | | San Francisco, California  94104-2828 |
| | | Telephone:     415-544-1900 |
| 11 | | Facsimile:     415-391-0281 |
| | | Email:       tbwebb@shb.com |
| 12 | | |
| | | *Attorneys for Defendants* |
| 13 | | *Leggett & Platt, Incorporated* |
| | | *and L&P Financial Services Co.* |
| 14 | | |
| 15 | Dated:  February 26, 2016 | MALLISON & MARTINEZ. |
| 16 | | |
| 17 | | By: /s/ Marco A. Palau (as authorized on 2/26/16) |
| | | Stan S. Mallison |
| 18 | | Hector R. Marinez |
| | | Marco A. Palau |
| 19 | | Joseph D. Sutton |
| | | Eric S. Trabucco |
| 20 | | 1939 Harrison St., Suite 730 |
| | | Oakland, California 94612 |
| 21 | | Telephone:     510-832-999 |
| | | Facsimile:     510-832-1101 |
| 22 | | Email:       stanm@themmlawfirm.clm |
| | | hector@themmlawfirm.com |
| 23 | | mpalau@themmlawfirm.com |
| | | jsutton@themmlawfirm.com |
| 24 | | |
| | | *Attorneys for Plaintiffs Edgar Morales, Salvador* |
| 25 | | *Magña and Matthew Bagu* |
| 26 | | |
| 27 | | |
| 28 | | |

# ORDER

Pursuant to the Parties' Stipulation, the Court hereby orders that the deadline for Defendant Leggett & Platt, Inc. to serve responses to Plaintiffs' Interrogatories and Requests for production of documents shall be extended to March 21, 2016.

IT IS SO ORDERED.

Dated: 2/26/2016          /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE