STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

**SHOOK, HARDY & BACON L.L.P.**
William C. Martucci*
wmartucci@shb.com
Carrie A. McAtee*
cmcatee@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:  816-474-6550
Facsimile:   816-421-5547

*admitted *pro hac vice*

Attorneys for Defendants
Leggett & Platt, Incorporated
and L&P Financial Services Co.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MORALES, SALVADOR MAGAÑA, AND MATTHEW BAGU on behalf of themselves, the State of California, and all other similarly situated individuals,<br><br>PLAINTIFFS,<br>v.<br>LEGGETT & PLATT INCORPORATED, a Missouri Corporation, L&P FINANCIAL SERVICES CO., a Delaware Corporation, and DOES 2-20, inclusive,<br><br>DEFENDANTS. | Case No. 2:15-cv-01911-JAM-EFB<br><br>**STIPULATION AND ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE**<br>**(AS MODIFIED BY THE COURT)** |

1    The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order to re-set Plaintiff's deadline to file a motion for class certification. The deadline to move for class certification is presently August 8, 2016. Plaintiffs seek to re-set this deadline to March 30, 2017. There is good cause for modifying the existing deadline, and the need to do so is no fault of either party.

The Parties have diligently pursued discovery in this matter. Plaintiffs have served interrogatories and document requests. The Parties are conferring over production of class member records, and the availability of records in electronic format. Additionally, the parties are in the process of finalizing a Protective Order. Said Protective Order is meant to ensure confidentiality and of private information. The Parties anticipate that the protective order will facilitate the production of class member records and Defendants have indicated that they will be producing such records.

Plaintiffs' anticipate that the parties will continue to meet and confer over Defendants' document production. Production of records and disclosure of class member contact information is necessary prior to moving for class certification.

Based on the foregoing, the Parties have agreed to request that the Court continue the deadline for Plaintiffs to file a Motion for Class Certification to March 30, 2017, and to establish the following briefing schedule:

Opposition: April 27, 2017

Reply: May 18, 2017

Hearing: June 6, 2017 at 1:30 p.m.


Respectfully submitted,

DATED:  July 22, 2016                                **MALLISON & MARTINEZ**


By:   /S/ Marco A. Palau _____
         Marco A. Palau
         Attorneys for PLAINTIFFS

1  
2 DATED:  July 22, 2016

          **SHOOK HARDY & BACON L.L.P.**

By:  /S/ Carrie A. Martucci  
     William C. Martucci*  
     Carrie A. McAtee*  
     2555 Grand Blvd.  
     Kansas City, Missouri 64108  
     Telephone:  816-474-6550  
     Facsimile:  816-421-5547  
     Email:  wmartucci@shb.com  
            cmcatee@shb.com  
     *admitted *pro hac vice*

Tammy B. Webb (SBN:  227593)  
One Montgomery, Suite 2700  
San Francisco, California  94104-2828  
Telephone:     415-544-1900  
Facsimile:     415-391-0281  
Email:          tbwebb@shb.com

*Attorneys for Defendants*  
*Leggett & Platt, Incorporated*

*and L&P Financial Services Co*

**ORDER (<u>AS MODIFIED BY THE COURT</u>)**

For good cause appearing, the deadline for Plaintiff to file a motion for class certification under Federal Rule of Civil Procedure Rule 23, and a motion to certify a collective action under the Fair Labor Standards Act is hereby continued to March 30, 2017;   Opposition shall be filed no later than April 27, 2017; Reply shall be filed no later than May 18, 2017.

Hearing on the motion is set for June 6, 2017 at 1:30 p.m.

IT IS SO ORDERED.


Dated: 7/25/2016                                          <u>/s/ John A. Mendez</u>____

                                                                           Hon. John A. Mendez