STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

**SHOOK, HARDY & BACON L.L.P.**
William C. Martucci*
wmartucci@shb.com
Carrie A. McAtee*
cmcatee@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:  816-474-6550
Facsimile:   816-421-5547

*admitted *pro hac vice*

Attorneys for Defendants
Leggett & Platt, Incorporated
and L&P Financial Services Co.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MORALES, SALVADOR MAGAÑA, AND MATTHEW BAGU on behalf of themselves, the State of California, and all other similarly situated individuals,<br><br>PLAINTIFFS,<br>v.<br>LEGGETT & PLATT INCORPORATED, a Missouri Corporation, L&P FINANCIAL SERVICES CO., a Delaware Corporation, and DOES 2-20, inclusive,<br><br>DEFENDANTS. | Case No. 2:15-cv-01911-JAM-EFB<br><br>**STIPULATION AND ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE** |

The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order to re-set Plaintiff's deadline to file a motion for class certification. The deadline to move for class certification is presently March 30, 2017. Plaintiffs seek to re-set this deadline to June 30, 2017. There is good cause for modifying the existing deadline, and the need to do so is no fault of either party.

The Parties have diligently pursued discovery in this matter. Defendants are in the process of producing class member records which Plaintiffs have requested in connection with their anticipated motion to certify a class pursuant to Rule 23 of the Federal Rules of Civil Procedure, and motion to certify an opt-in class under the Fair Labor Standards Act. Defendants are providing and updated class list, electronic payroll data, and additional payroll information. The Parties continue to meet and confer with regard to production of electronic time records. Once records are produced, Plaintiffs anticipate deposing the person most qualified for each Defendant on relevant labor policies, and Plaintiffs position is that the deposition should occur after production of records. Plaintiffs believe that both the production of records and depositions are necessary for certification. Further, Plaintiffs intend to present data analysis for class certification. The expert has begun to receive data that Defendants have produced in the last couple of weeks and additional data will be provided as it is produced. The expert will require time to prepare his analysis for certification purposes.

Based on the foregoing, the Parties have agreed to request that the Court continue the deadline for Plaintiffs to file a Motion for Class Certification to June 30, 2017, and to establish the following briefing schedule:

Opposition: July 27, 2017

Reply: August 18, 2017

Hearing: September 8, 2017

Respectfully submitted,

DATED: March 17, 2017                              **MALLISON & MARTINEZ**

By:   /S/ Marco A. Palau

1 |           Marco A. Palau
          Attorneys for PLAINTIFFS

2 |           Marco A. Palau
          Attorneys for PLAINTIFFS

4 | **SHOOK HARDY & BACON L.L.P.**

DATED: March 17, 2017

By: /S/ Carrie A. McAtee
    William C. Martucci*
    Carrie A. McAtee*
    2555 Grand Blvd.
   Kansas City, Missouri 64108
   Telephone:  816-474-6550
   Facsimile:   816-421-5547
   Email:  wmartucci@shb.com
         cmcatee@shb.com
    *admitted *pro hac vice*

Tammy B. Webb (SBN:  227593)
One Montgomery, Suite 2700
San Francisco, California  94104-2828
Telephone:     415-544-1900
Facsimile:      415-391-0281
 Email:        tbwebb@shb.com

*Attorneys for Defendants*
*Leggett & Platt, Incorporated*

*and L&P Financial Services Co*

**ORDER** *(AS MODIFIED BY THE COURT)*

For good cause appearing, the deadline for Plaintiff to file a motion for class certification under Federal Rule of Civil Procedure Rule 23, and a motion to certify a collective action under the Fair Labor Standards Act, is hereby continued to June 30, 2017.

Opposition: July 27, 2017

Reply: August 18, 2017

Hearing: September 19, 2017 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  3/17/2017                              /s/ John A. Mendez_____

                                                            U. S. District Court Judge John A. Mendez