STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

**SHOOK, HARDY & BACON L.L.P.**
William C. Martucci*
wmartucci@shb.com
Carrie A. McAtee*
cmcatee@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:  816-474-6550
Facsimile:   816-421-5547

*admitted *pro hac vice*

Attorneys for Defendants
Leggett & Platt, Incorporated
and L&P Financial Services Co.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MORALES, SALVADOR MAGAÑA, AND MATTHEW BAGU on behalf of themselves, the State of California, and all other similarly situated individuals,<br><br>PLAINTIFFS,<br>v.<br>LEGGETT & PLATT INCORPORATED, a Missouri Corporation, L&P FINANCIAL SERVICES CO., a Delaware Corporation, and DOES 2-20, inclusive,<br><br>DEFENDANTS. | Case No. 2:15-cv-01911-JAM-EFB<br><br>**STIPULATION AND ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE** |

The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order to re-set Plaintiff's deadline to file a motion for class certification. The deadline to move for class certification is presently June 30, 2017. The parties seek to re-set this deadline to September 29, 2017. There is good cause for modifying the existing deadline, and the need to do so is no fault of either party.

The Parties have diligently pursued discovery in this matter. Defendants have produced a substantial amount of class member timekeeping and payroll data in electronic form. Plaintiffs have requested this information in connection with their anticipated motion to certify a class pursuant to Rule 23 of the Federal Rules of Civil Procedure ("FRCP"), and motion to certify an opt-in class under the Fair Labor Standards Act ("FLSA"). Defendants have also produced an updated class member list, information regarding their payroll systems, and witnesses pursuant to FRCP 30(b)(6). Plaintiffs have begun deposing the Defendants on relevant time and payroll policies, and expect to continue depositions of designees on a number of topics relevant to class certification, including policies and procedures pertaining to timekeeping, compensation, rest and meal-period compliance, and other working conditions.

The Parties continue to meet and confer with regard to production of records and witnesses for deposition. At this time, the Parties are discussing production of a sample of paper timekeeping records and the scheduling of depositions, including 30(b)(6) witnesses and the Plaintiffs. The Parties attempted to meet the present class certification deadline by attempting to produce the remaining time and payroll records and witnesses but, through no fault of either side, have had to delay previously-scheduled depositions to permit the Parties to reach agreement on a representative sample of paper records and production of additional discovery. The Parties anticipate completing production of documents and the depositions of Parties by the end of August 2017.

Based on the foregoing, the Parties have agreed to request that the Court continue the deadline for Plaintiffs to file a Motion for Class Certification to September 29, 2017, and to establish the following briefing schedule:

Opposition: October 27, 2017

Reply: November 17, 2017

Hearing: December 8, 2017

Respectfully submitted,

DATED: 26, 2017 **MALLISON & MARTINEZ**

By: /s/ Marco A. Palau
Marco A. Palau
Attorneys for Plaintiffs


**SHOOK HARDY & BACON L.L.P.**

DATED: 26, 2017

By: /s/ Carrie A. McAtee
William C. Martucci*
Carrie A. McAtee*
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
Email: wmartucci@shb.com
cmcatee@shb.com
*admitted *pro hac vice*

Tammy B. Webb (SBN: 227593)
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone: 415-544-1900
Facsimile: 415-391-0281
Email: tbwebb@shb.com

*Attorneys for Defendants*
*Leggett & Platt, Incorporated*

*and L&P Financial Services Co*

**ORDER (AS MODIFIED BY THE COURT)**

For good cause appearing, the deadline for Plaintiff to file a motion for class certification under Federal Rule of Civil Procedure Rule 23, and a motion to certify a collective action under the Fair Labor Standards Act, is hereby continued to September 29, 2017. Any opposition shall be filed on or before October 27, 2017, and any reply shall be filed on or before November 17, 2017. The hearing on Plaintiffs' motion shall take place on December 5, 2017 at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 26, 2017                                      /s/ John A. Mendez_____
                                                         Hon. John A. Mendez
                                                         U. S. District Court Judge