STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

**SHOOK, HARDY & BACON L.L.P.**
William C. Martucci*
wmartucci@shb.com
Carrie A. McAtee*
cmcatee@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:  816-474-6550
Facsimile:   816-421-5547

*admitted *pro hac vice*

Attorneys for Defendants
Leggett & Platt, Incorporated
and L&P Financial Services Co.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MORALES, SALVADOR MAGAÑA, AND MATTHEW BAGU on behalf of themselves, the State of California, and all other similarly situated individuals,<br><br>PLAINTIFFS,<br>v.<br>LEGGETT & PLATT INCORPORATED, a Missouri Corporation, L&P FINANCIAL SERVICES CO., a Delaware Corporation, and DOES 2-20, inclusive,<br><br>DEFENDANTS. | Case No. 2:15-cv-01911-JAM-EFB<br><br>**STIPULATION AND ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE** |

1
STIPULATION & [PROPOSED] ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE

The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order to re-set the briefing schedule and hearing date for Plaintiffs' motion for class certification. There is good cause for modifying the existing schedule, and the need to do so is no fault of either party.

The Parties have diligently pursued discovery in this matter. Plaintiffs have served written discovery and have taken depositions of persons designated to testify on behalf of the defendant entities. Defendants have produced a large set of time and payroll records of putative class members, as well as various policy-oriented documents. A significant portion of class member records is electronic, and these records have been produced. However, time records for a significant portion of the class period are only available in paper form, and production of those records could not be produced until August 23, 2017.

Due to scheduling conflicts and the additional time required to produce records, Plaintiffs were not able to proceed with the deposition of the entity defendants on certain timekeeping and payroll topics until September 12 and 13, 2017. Further, Plaintiffs have not yet completed the analysis and processing of data necessary for class certification, in particular the analysis of paper records which are being converted to electronic format to be used efficiently in litigation. In addition, the Parties are scheduling the deposition of named plaintiffs, which Defendants prefer to occur prior to class certification. Finally, a number of documents responsive to discovery have been identified in deposition. The Parties are meeting and conferring regarding the production of these additional documents and anticipate that additional time is needed in order to complete this production.

Despite the exercise of diligence in pursuing discovery, the Parties are still working to complete discovery necessary for class certification. As such, the Parties respectfully request a continuance of all existing dates as proposed in the schedule below, or on a schedule that is suitable to the Court.

|  | Current Date | New Date |
| --- | --- | --- |
| Moving Papers: | 9/29/17 | 11/6/17 |
| Opposition: | 10/27/17 | 12/8/17 |

| | | |
|---|---|---|
| Reply: | 11/17/17 | 12/29/17 |
| Hearing: | 12/5/17 | 1/16/18 |

Respectfully submitted,

DATED: September 27, 2017 **MALLISON & MARTINEZ**

By: /s/Marco A. Palau
 Marco A. Palau
 Attorneys for PLAINTIFFS

DATED: September 27, 2017 **SHOOK HARDY & BACON L.L.P.**

By: /s/William C. Martucci
 William C. Martucci*
 Carrie A. McAtee*
 2555 Grand Blvd.
 Kansas City, Missouri 64108
 Telephone: 816-474-6550
 Facsimile: 816-421-5547
 Email: wmartucci@shb.com
  cmcatee@shb.com
 *admitted *pro hac vice*

 Tammy B. Webb (SBN: 227593)
 One Montgomery, Suite 2700
 San Francisco, California 94104-2828
 Telephone: 415-544-1900
 Facsimile: 415-391-0281
 Email: tbwebb@shb.com

 *Attorneys for Defendants*
 *Leggett & Platt, Incorporated*

 *and L&P Financial Services Co*

**ORDER**

For good cause appearing, the briefing schedule and hearing date on Plaintiffs' motion for class certification is continued as follows:

|  | Current Date | New Date |
|---|---|---|
| Moving Papers: | 9/29/17 | 11/6/17 |
| Opposition: | 10/27/17 | 12/8/17 |
| Reply: | 11/17/17 | 12/29/17 |
| Hearing: | 12/5/17 | 1/16/18 at 1:30 p.m. |

IT IS SO ORDERED.

Dated: 9/27/2017 /s/ John A. Mendez_____

U. S. District Court Judge