STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
ERIC S. TRABUCCO (Bar No. 295473)
  ETrabucco@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR MORALES, SALVADOR MAGAÑA, and MATTHEW BAGU, on behalf of themselves, the State of California, and all other similarly situated individuals,<br><br>PLAINTIFFS,<br><br>v.<br><br>LEGGETT & PLATT INCORPORATED, a Missouri Corporation, L&P FINANCIAL SERVICES CO., a Delaware Corporation, and DOES 2-20, inclusive,<br><br>DEFENDANTS.<br><br>501 I | Case No. 2:15-cv-01911-JAM-EFB<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL RE: PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Date: January 16, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 6, 14th Floor<br>Robert T. Matsui United States Courthouse<br>501 I Street, Sacramento, CA 95814<br><br>*Before the Hon. John A. Mendez,*<br>U.S. District Court Judge |

1

[Proposed] Order Granting Administrative Motion to File Under Seal—Case No. 2:15-cv-01911-JAM-EFB

Plaintiffs EDGAR MORALES, SALVADOR MAGANA, AND MATTHEW BAGU filed with the Court an Administrative Motion to File Documents Under Seal, pursuant to Local Rule 141. Plaintiffs requested leave to seal the following exhibits filed in support of Plaintiffs' Motion for Class Certification and attached to the Declaration of Marco A. Palau in support thereof:

1. Unredacted Exhibit 2
2. Unredacted Exhibit 3
3. Unredacted Exhibit 4
4. Unredacted Exhibit 5
5. Unredacted Exhibit 6
6. Unredacted Exhibit 7
7. Unredacted Exhibit 8
8. Unredacted Exhibit 9
9. Unredacted Exhibit 10
10. Unredacted Exhibit 11
11. Unredacted Exhibit 12
12. Unredacted Exhibit 13
13. Unredacted Exhibit 15
14. Unredacted Exhibit 17
15. Unredacted Exhibit 18
16. Unredacted Exhibit 19
17. Unredacted Exhibit 22
18. Unredacted Exhibit 24
19. Unredacted Exhibit 26
20. Unredacted Exhibit 27
21. Unredacted Exhibit 28
22. Unredacted Exhibit 31
23. Unredacted Exhibit 32
24. Unredacted Exhibit 36

25. Unredacted Exhibit 38

26. Unredacted Exhibit 40

27. Unredacted Exhibit 41

28. Unredacted Exhibit 42

29. Unredacted Exhibit 44

30. Unredacted Exhibit 45

31. Unredacted Exhibit 46

The issues having been duly considered and good cause having been shown from the motion for leave and records in the file, **IT IS HEREBY ORDERED** that the documents entitled:

1. Exhibit 2 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing L&P Policy and Procedure Manual Leggett & Platt Incorporated, Section 07 Payroll

2. Exhibit 3 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Standard Operating Procedure, S-07-107, Affirmative Action Applicant Hiring System, Leggett & Platt, Inc. Policy & Procedure Manual Revised October 30, 2015

3. Exhibit 4 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Standard Operating Procedure, S-07-101, Enrollment for Hourly Employees, Leggett & Platt, Inc. Policy & Procedure Manual Revised 10-30-2015

4. Exhibit 5 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Standard Operating Procedure, S-07-106, Employee Transfers, Leggett & Platt, Inc. Policy & Procedure Manual Revised 10-30-2015

5. Exhibit 6 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Work Instruction, W-07-109, Employee Information Payroll Set-Up and Change Form (P-100), Leggett & Platt, Inc. Policy & Procedure Manual Revised 10-30-2015

6. Exhibit 7 to the Deposition Testimony of Michelle Wingo, June 16, 2017,

containing Payroll Work Instruction, W-07-111, Multiple Rate Change Form (P-103), Leggett & Platt, Inc. Policy & Procedure Manual Revised 06-01-2007

7. Exhibit 8 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Standard Operating Procedure, S-07-112, Money Network Instant Issue Paycard Instruction, Leggett & Platt, Inc. Policy & Procedure Manual Revised 09-30-2010

8. Exhibit 9 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Work Instruction, W-07-113, Electronic Payroll Enrollment Forms, Leggett & Platt, Inc. Policy & Procedure Manual Revised 09-30-2010

9. Exhibit 10 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Work Instruction, W-07-201, Employment Separation Form (P-104), Leggett & Platt, Inc. Policy & Procedure Manual Revised 09-14-2012

10. Exhibit 11 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Standard Operating Procedure, S-07-301, Branch Payroll Processing, Leggett & Platt, Inc. Policy & Procedure Manual Revised 05-10-2013

11. Exhibit 12 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Work Instruction, W-07-302, Calculation of Gross Pay, Leggett & Platt, Inc. Policy & Procedure Manual Revised 06-01-2007

12. Exhibit 13 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Payroll Work Instruction, W-07-306, Accessing Paystub Information, Leggett & Platt, Inc. Policy & Procedure Manual Revised 09-30-2010

13. Exhibit 15 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing HED Codes: Hours Earnings Deductions, Accerro Cyborg Application, (D0002395)

14. Page Two of Exhibit 17 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing HED Codes: Hours Earnings Deductions for Matthew Bagu

15. Exhibit 18 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Time Card Report and HED Codes

16. Page Two of Exhibit 19 to the Deposition Testimony of Michelle Wingo, June 16, 2017, containing Pay Stub Portal of Christopher Tolleson

17. Exhibit 22 to the Deposition Testimony of Thomas Ramirez, September 12, 2017, containing Time Sheet of Joshua Zambon Week Ending 06/23/12

18. Exhibit 24 to the Deposition Testimony of Thomas Ramirez, September 12, 2017, containing Time Sheet of John W. Alloway Week Ending 02/18/12

19. Exhibit 26 to the Deposition Testimony of Thomas Ramirez, September 12, 2017, containing Payroll Detail for the period of 01/06/2013 to 01/04/2014

20. Exhibit 27 to the Deposition Testimony of Thomas Ramirez, September 12, 2017, containing Time Card Report & HED Codes

21. Exhibit 28 to the Deposition Testimony of Thomas Ramirez, September 12, 2017, containing Leggett & Platt, Incorporated Branch 6008—Ontario, CA Employee Handbook

22. Exhibit 31 to the Deposition Testimony of Thomas Ramirez, September 12, 2017, containing Change in Tardy Policy Starting November 30, 2015

23. Exhibit 32 to the Deposition Testimony of Thomas Ramirez, September 12, 2017, containing TimeQPlus Setup Wizard Questionnaire

24. Page Two of Exhibit 36 to the Deposition Testimony of Joh Ryder Gullette, September 13, 2017, containing Pay Stub Portal of Matthew Bagu

25. Exhibit 38, containing Amano timekeeping program rules produced by Defendants (D006564-6565)

26. Exhibit 39, containing relevant portion of the Amano Program Manual, pages P1-P28 (D006095-6124)

27. Exhibit 40, containing Shift Rules Report dated October 11, 2017 and produced by Defendants (D006658-6660)

28. Exhibit 41, containing Leggett & Platt Incorporated Certificate describing its relationship with L&P Financial Services Co. (D002660)

29. Exhibit 42, containing Legget & Platt HR Memorandum re: "Work Time / Rest Break / Meal Period Recording Procedures" (D006563)
30. Exhibit 44, containing Time clock punches and electronic pay stubs for Plaintiff Edgar Morales
31. Exhibit 45, containing Time clock punches and electronic pay stubs for Plaintiff Salvador Magana
32. Exhibit 46, containing Time clock punches and electronic pay stubs for Plaintiff Matthew Bagu

filed in support of Plaintiffs' Motion for Class Certification and attached to the Declaration of Marco A. Palau in support thereof, may be filed under seal.

**IT IS SO ORDERED.**

DATED: 11-8-2017

_____
Hon. John A. Mendez
United States District Court Judge