STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

**SHOOK, HARDY & BACON L.L.P.**
William C. Martucci*
wmartucci@shb.com
Carrie A. McAtee*
cmcatee@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

*admitted *pro hac vice*

Attorneys for Defendants
Leggett & Platt, Incorporated
and L&P Financial Services Co.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MORALES, SALVADOR MAGAÑA, AND MATTHEW BAGU on behalf of themselves, the State of California, and all other similarly situated individuals,<br><br>PLAINTIFFS,<br>V.<br>LEGGETT & PLATT INCORPORATED, a Missouri Corporation, L&P FINANCIAL SERVICES CO., a Delaware Corporation, and DOES 2-20, inclusive,<br><br>DEFENDANTS. | Case No. 2:15-cv-01911-JAM-EFB<br><br>**STIPULATION AND ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE** |

The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order to re-set the class certification briefing schedule and hearing date. The deadline for Defendants to file their brief in opposition to Plaintiffs' Motion for Class Certification is currently due on December 8, 2017, and Plaintiffs' reply brief is currently due on December 29, 2017. For the reasons set forth in Defendants' Motion for Extension of Time (ECF 39), the Parties have agreed to request that the Court continue the opposition and reply brief deadlines and to establish the following briefing schedule:

**Opposition: December 22, 2017**

**Reply: January 29, 2018**

**Hearing: February 27, 2018 at 1:30 p.m.**

Respectfully submitted,

DATED: December 8, 2017

**MALLISON & MARTINEZ**

By: */s/ Stan S. Mallison*
Stan S. Mallison

*Attorneys for Plaintiffs*

DATED: December 8, 2017

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Carrie A. McAtee*
Carrie A. McAtee*
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
Email: cmcatee@shb.com
*admitted *pro hac vice*

Tammy B. Webb (SBN: 227593)
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: 415-544-1900
Facsimile: 415-391-0281
Email: tbwebb@shb.com

*Attorneys for Defendants*
*Leggett & Platt, Incorporated and L&P*
*Financial Services Co*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For good cause appearing, the deadline for Defendants to file their opposition to |
| 3 | Plaintiffs' motion for class certification is hereby continued to December 22, 2017, the |
| 4 | deadline for Plaintiffs to file their reply in support of their motion for class certification is |
| 5 | hereby continued to January 29, 2018, and the hearing on Plaintiffs' motion for class |
| 6 | certification is hereby continued to February 27, 2018 at 1:30 p.m. |
| 9 | IT IS SO ORDERED. |
| 11 | Dated: 12/08/2017 |
| 12 | District Judge John A. Mendez |

1
STIPULATION & ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE