| | |
|---|---|
| 1 | **MALLISON & MARTINEZ** |
| | Stan S. Mallison (SBN 184191) |
| 2 | Hector R. Martinez (SBN 206336) |
| | Liliana Garcia (SBN 311396) |
| 3 | 1939 Harrison Street, Suite 730 |
| | Oakland, California 94612 |
| 4 | Telephone: 510-832-9999 |
| | Facsimile: 510-832-1101 |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | |
| | **SHOOK, HARDY & BACON L.L.P.** |
| 7 | Tammy B. Webb (SBN 227593) |
| | tbwebb@shb.com |
| 8 | One Montgomery, Suite 2700 |
| | San Francisco, California 94104-2828 |
| 9 | Telephone: 415-544-1900 |
| | Facsimile: 415-391-0281 |
| 10 | |
| | Carrie A. McAtee* |
| 11 | cmcatee@shb.com |
| | 2555 Grand Blvd. |
| 12 | Kansas City, Missouri 64108 |
| | Telephone: 816-474-6550 |
| 13 | Facsimile: 816-421-5547 |
| 14 | *admitted *pro hac vice* |
| 15 | Attorneys for Defendants |
| | Leggett & Platt, Incorporated |
| 16 | and L&P Financial Services Co. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR MORALES, SALVADOR MAGAÑA, and MATTHEW BAGU, on behalf of themselves, the State of California, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGGETT & PLATT, INCORPORATED, a Missouri Corporation, L&P FINANCIAL SERVICES CO., a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01911-JAM-EFB<br><br>**STIPULATION AND JOINT APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND ORDER** |

STIPULATION AND PROPOSED ORDER

| | |
|---|---|
| 1 | Plaintiffs EDGAR MORALES, SALVADOR MAGAÑA, and MATTHEW BAGU and |
| 2 | Defendants LEGGETT & PLATT, INCORPORATED and L&P FINANCIAL SERVICES CO., by |
| 3 | and through their respective counsel, submit the following stipulation. |

Plaintiffs EDGAR MORALES, SALVADOR MAGAÑA, and MATTHEW BAGU and Defendants LEGGETT & PLATT, INCORPORATED and L&P FINANCIAL SERVICES CO., by and through their respective counsel, submit the following stipulation.

The parties respectfully submit this stipulation to extend the time within which Plaintiffs must file their motion for preliminary approval of the class settlement.

## STIPULATION

The parties, through their respective counsel hereby stipulate as follows:

1. The parties have finalized the Settlement Agreement and Release ("Agreement") and obtained all signatures necessary to its execution.

2. Counsel for Plaintiffs, Liliana Garcia, reserved a hearing date of June 18, 2019 at 1:30 p.m. for the court to hear Plaintiffs' motion for preliminary approval.

3. Pursuant to the terms of the Agreement, Counsel for Plaintiffs, Liliana Garcia, emailed Counsel for Defendants, Carrie McAtee, drafts of the Class Notice Packet for her review on May 16, 2019.

4. Due to scheduling conflicts, Counsel for Defendants is not in a position to review the documents and consult with her clients prior to Plaintiffs' deadline to file their motion for preliminary approval.

5. The courtroom deputy to Judge John A. Mendez informed Plaintiffs' Counsel that the next available hearing date is July 16, 2019 at 1:30 p.m.

6. Counsel for Plaintiffs agree that the motion will be ready for filing no later than Friday, May 24, 2019.

Therefore, the parties hereby stipulate that the date for filing the motion for preliminary approval should be extended to no later than May 24, 2019 and respectfully apply to this court for an order doing so based on good cause shown.

IT IS SO STIPULATED:

Dated: May 21, 2019                  **MALLISON & MARTINEZ**

By: /s/ Liliana Garcia
Liliana Garcia

*Attorneys for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**

By: /s/ Carrie A. McAtee

Carrie A. McAtee

*Attorneys for Defendants
Leggett & Platt, Incorporated
and L&P Financial Services Co.*

ORDER

Upon a showing of good cause, IT IS HEREBY ORDERED THAT the time for Plaintiffs to file their motion for preliminary approval is hereby extended to May 24, 2019. The hearing date and time shall remain June 18, 2019 at 1:30 p.m.

Dated: 5/21/2019            /s/ John A. Mendez
                                               United States District Court Judge