STAN S. MALLISON (Bar No. 184191)
stanm@themmlawfirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
hectorm@themmlawfirm.com
LILIANA GARCIA (Bar No. 311396)
lgarcia@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR MORALES, SALVADOR MAGANA, and MATTHEW BAGU, on behalf of themselves, the State of California, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGGETT & PLATT, INC., a Missouri Corporation, L&P FINANCIAL SERVICES CO., a Delaware Corporation, and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01911-JAM-EFB<br><br>[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING FINAL JUDGMENT<br><br>Date: October 22, 2019<br>Time: 1:30 p.m.<br>Location: 501 I Street<br>Courtroom 6, 14th Floor<br>Sacramento, CA 95814 |

On October 22, 2019, a hearing was held on Plaintiffs' Motion for Final Approval of Class Settlement; Class Representative Incentive Payments; Class Counsel's Fees and Costs; Claims Administrator's Costs; and Entering Final Judgment.

The Court, having read and considered the papers of the Motion, the arguments of Counsel, and good cause appearing ORDERS AS FOLLOWS:

1

[Proposed] Order Granting Final Approval of Class Action Settlement     2:15-cv-01911-JAM-EFB

1.      Pursuant to the Order Granting Preliminary Approval of Class Settlement, a Class Notice, Notice of Estimated Individual Settlement Payment, and an Election Not to Participate in Settlement were sent to each Class Member by first-class mail. These papers informed Class Members of the terms of the Settlement, their right to receive a Settlement Share, their right to object to the Settlement or to elect not to participate in the Settlement and pursue their own remedies, and their right to appear in person or by counsel at the final approval hearing and be heard regarding approval of the Settlement. Adequate periods of time were provided by each of these procedures. Zero Class Members filed written objections to the proposed Settlement as part of this notice period or stated an intention to appear at the final approval hearing. The Court finds and determines that this notice procedure afforded adequate protections to Class Members and provides the basis for the Court to make an informed decision regarding approval of the Settlement based on the responses of Class Members. The Court finds and determines that the notice provided in this case was the best notice practicable and satisfied the requirements of law and due process.

2.      For the reasons stated in the Preliminary Approval Order, the Court finds and determines that the proposed Class, as defined in the definitions section of the Settlement and conditionally certified by the Preliminary Approval Order, meets all of the legal requirements for class certification, and it is hereby ordered that the Class is finally approved and certified as a class for purposes of the Settlement.

3.      The Court further finds and determines that the terms of the Settlement are fair, reasonable and adequate to the Class and to each Class Member and that the Class Members who did not timely submit valid elections not to participate in the Settlement in accordance with the Settlement Agreement and the Preliminary Approval Order will be bound by the Settlement, that the Settlement is ordered finally approved, and that all terms and provisions of the Settlement should be and hereby are ordered to be consummated.

4.      The Court finds and determines that the Settlement Shares to be paid to the Class Members, as provided for by the Settlement, are fair and reasonable. The Court hereby grants final approval to and orders the payment of those amounts be made to the Class Members out of the Net Settlement Amount in accordance with the Settlement.

5. The Court finds and determines that the fees and expenses in administrating the Settlement, in the amount of $10,000.00, are fair and reasonable. The Court hereby gives final approval to and orders that amount be paid out of the Gross Settlement Amount in accordance with the Settlement.

6. The Court determines the request by Plaintiffs and Class Counsel to the Class Representative Incentive Payments in the amount of $30,000.00, and the Class Counsel Fees and Expenses Payment in the amount of $583,275.00 for fees and $42,033.80 for costs are fair and reasonable. The Court hereby gives final approval to and orders those amounts be paid out of the Gross Settlement Amount in accordance with the Settlement.

7. Without affecting the finality of this order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

8. Nothing in this order will preclude any action to enforce the parties' obligations under the Settlement or under this order, including the requirement that Defendants make payments to the Class Members in accordance with the Settlement.

9. Upon completion of administration of the Settlement, the Settlement Administrator will provide written certification of such completion to the Court and counsel for the parties.

10. The parties are hereby ordered to comply with the terms of the Settlement.

11. The Court hereby enters final judgment in accordance with the terms of the Settlement Agreement, the Order Granting Preliminary Approval of Class Settlement filed on June 19, 2019, and this order.

12. This document will constitute a final judgment (and a separate document constituting the judgment) for purposes of Rule 58, Federal Rules of Civil Procedure.

The Parties will bear their own costs and attorneys' fees except as otherwise provided by the Court's order granting the Class Counsel Fees and Expenses Payment.

IT IS SO ORDERED.

Dated: October 22, 2019

_____
Hon. John A. Mendez
United States District Court Judge